# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 99-1215

_____

Christy Renee Kelly,                         *
                                             *
            Plaintiff - Appellant,           *
                                             *
     vs.                                     *    Appeal from the United
                                             *    States District Court
Richard C. Sweetland, Ph.D.,                 *    for the Western District
individually; Richard C. Sweetland,          *    of Missouri
Ph.D., Inc.; Bill D. Gies, Ph.D.             *
                                             *
            Defendants - Appellees.          *       [UNPUBLISHED]
                                             *

_____

Submitted: September 15, 1999
Filed: October 7, 1999

_____

Before McMILLIAN, MURPHY, Circuit Judges, and BOGUE,[1] District Judge.

_____

PER CURIAM.

_____

[1] The Honorable Andrew W. Bogue, United States Senior District Judge for the District of South Dakota, sitting by designation.

Christy Renee Kelly appeals from the district court's[2] dismissal of her lawsuit pursuant to Fed. R. Civ. P. 12(b)(6). Kelly was a party to a state court custody and visitation proceeding in which two psychologists (defendants here) were appointed to provide psychological services and assist the court in reaching its decisions. Kelly's complaint contained eleven counts including negligence, intentional infliction of emotional distress, and a violation of 42 U.S.C. § 1983. The district court dismissed her claims, holding that the defendants were entitled to quasi-judicial immunity because Kelly's pleadings failed to allege any misconduct outside the scope of the psychologists' court appointed duties. We agree. We also conclude that a comprehensive opinion in this case would lack precedential value and therefore affirm the dismissal without further discussion. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[2] The Honorable Howard F. Sachs, United States District Judge for the Western District of Missouri.